1  MICHAEL COSENTINO State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3
   Telephone:   (510) 523-4702
4  Facsimile:    (510) 747-1640

5  Attorney for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,
                                          Case No. **C92-3519M**
12                  Plaintiff,
                v.
13
    **ROOSEVELT MILES,**
14                                        **WRIT OF CONTINUING**
                    Defendant,            **GARNISHMENT**
15
                and
16
    **ALTA BATES SUMMIT MEDICAL**
17  **CENTER,**

18                  Garnishee.
                                  /
19

20  TO:    Payroll Department
           ALTA BATES SUMMIT MEDICAL CENTER
21         P.O. Box 619108
           Roseville, CA 95661
22

23       YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

24  THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

25  YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

26  JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

27       The name, SSN XXX-XX-0881, and last known address of the person who is

28  the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

1 | is subject to this Writ are as follows:

2 | ROOSEVELT MILES
    2813 Ford Court
3 | Antioch, CA 94509

4 | This Writ has been issued at the request of the United States of America to

5 | enforce the collection of a civil judgment entered in favor of the United States against

6 | the debtor for a defaulted student loan in the amount of $959.48. There is a balance

7 | of $1,759.93 due on the judgment, which amount includes costs and interest

8 | computed through DECEMBER 17, 2014.

9 | The following are the steps that you must take to comply with this Writ. If you

10 | have any questions, you should consult with your attorney.

11 | 1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

12 | or possession any property of the debtor, including wages, salary, or commissions, in

13 | which the debtor has a substantial nonexempt interest, or if you obtain custody,

14 | control, or possession of such property while this Writ is in effect, you must

15 | immediately withhold such property from the debtor and retain it in your possession

16 | until you receive instructions from the Court which will tell you what to do with the

17 | property. The United States has requested that the sum of 25% of the debtor's

18 | disposable earnings, which under California law represents the nonexempt portion of

19 | the debtor's earnings, be withheld from the defendant's earnings.

20 | 2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

21 | within 10 days after service of this Writ upon you. You must answer the Writ even if

22 | you do not have in your custody, control, or possession any property of the debtor.

23 | Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

24 | information:

25 | a. Whether or not you have in your custody, control, or possession, any

26 | property owned by the debtor in which the debtor has a substantial

27 | nonexempt interest, including nonexempt, disposable earnings;

28 |

1      b.      a description of such property and the value of such property;

2      c.      a description of any previous garnishments to which such property is

3              subject and the extent to which any remaining property is not exempt;

4              and

5      d.      the amount of the funds you anticipate owing to the debtor in the future

6              and whether the period for payment will be weekly or another specified

7              period.

8  For your convenience, a form which addresses the above-requested information is

9  attached and may be used to Answer the Writ.

10      3. After you complete the answer under oath, pursuant to 28 U.S.C. §

11  3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

12  must mail or deliver the original Answer bearing the original signature of the person

13  preparing the answer to the Court at the following address:

14              Civil Clerk, United States District Court
               450 Golden Gate Avenue, 16th Floor
15              San Francisco, CA 94102

16  At the same time that you mail or deliver the original answer to the Court, you must

17  also mail or deliver a copy of the original Answer to both the debtor and attorney for

18  the United States at the following respective addresses:

19  ROOSEVELT MILES
    2813 Ford Court
20  Antioch, CA 94509

21  Michael Cosentino, Attorney at Law
    P.O. Box 129
22  Alameda, CA 94501

23  Please note that the attached form Answer contains a certificate of service which

24  needs to be completed by the person mailing the copies of the answer to the debtor

25  and the attorney for the United States, and which needs to be filed along with the

26  Answer.

27      **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

28

Writ of Continuing Garnishment cand C92-3519M                                    3

1  IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE

2  COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO

3  ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH

4  THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO

5  APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY

6  WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR

7  THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY

8  (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO

9  AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND

10  AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED

11  HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO

12  APPEAR.

13
14  RICHARD W. WIEKING, Clerk
    United States District Court
15  for the Northern District of California

16  Dated: 1 / 7 / 2015                    By: _____
17                                              Deputy Clerk        MARK ROMYN



Writ of Continuing Garnishment cand C92-3519M                                    4

1  DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

2       1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement.
3  Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

4

5       2. <u>Disposable earnings</u> are different from gross pay or take-home pay.  They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions.  Generally, these mandatory
6  deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems.
7  Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

8

9       To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

10 USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

11

12

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

26 _____

27

28       [1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,      )
                                     )   Case No. C92-3519M
12                    Plaintiff,     )
                v.                   )
13                                   )
     ROOSEVELT MILES,                )
14                                   )
                     Defendant,      )
15                                   )
                and                  )
16                                   )
     ALTA BATES SUMMIT MEDICAL       )
17   CENTER,                         )   **ANSWER OF GARNISHEE**
                                     )
18                    Garnishee.     )
                                     )
19   _____)

20       I, _____, being first duly sworn, hereby state the following:

21       1. I am the _____ (Official Title) of the Garnishee

22   named in the above caption.  I am authorized to prepare this Answer on behalf of the

23   Garnishee.

24       2. The Garnishee was served with the Writ of Continuing Garnishment on

25   _____ (date) in this action.

26       3. The Garnishee currently has custody, control, or possession of earnings of

27   the Defendant.  Yes_____  No_____

28       4. The Garnishee expects to obtain custody, control, or possession of earnings

1   of the Defendant in the foreseeable future.  Yes_____ No_____

2       5. For the pay period in effect on the date of service of this Writ of Continuing

3   Garnishment, the Garnishee states as follows:

4         a.       Defendant was in my/our employ. Yes_____ No_____

5         b.       The Defendant's pay period is _____ weekly, _____ bi-weekly,

6                 _____ semi-monthly, _____ monthly.

7         c.       The Defendant's present pay period began on _____ (date).
8                 ("Present" means the pay period in which the Writ of Continuing
                  Garnishment was served.)

9         d.       The Defendant's present pay period ends on _____ (date).

10         e.       The Defendant's net wages are as calculated below:

11                     (1) Gross Pay                   $_____

12                     (2) Federal income tax     $_____

13                     (3) F.I.C.A. tax             $_____

14                     (4) State income tax       $_____

15                     (5) SDI                   $_____

16                             Total tax withholdings   $_____

17
                Net Wages                         $_____
18                 (gross pay minus above withheld taxes)

19
        6. Are there any other garnishments currently in effect? Yes _____ No _____
20
    If the answers is yes, describe below and attach to this Answer a copy of each
21
    garnishment:
22

23   _____

24   _____

25   _____
        7. Will the Garnishee owe the Defendant money in the foreseeable future?
26
    Yes _____ No_____   If the answer is yes, provide the reason why such money will be
27
    owed, the amount of money that will be owed, and the date or dates on which each
28

                                                                                            2

payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

8. Does the Garnishee currently have custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?   Yes____   No____   If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

9. Does the Garnishee expect to obtain in the foreseeable future custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?   Yes____ No____   If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

3

1    10. Does the Garnishee have any objections or defenses to the Writ of

2  Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature

3  and basis of each objection and/or defense:

4  _____

5  _____

6  _____

7  _____

8  _____

9    On behalf of ALTA BATES SUMMIT MEDICAL CENTER, I hereby certify under

10  penalty of perjury under the laws of the United States of America that the foregoing is

11  true and correct.

12

13  Telephone #_____

14

15  Fax #          _____

16

17

18  Dated: _____          By: _____

19
                                    (Sign above and type or print name below)
20

21

22

23

24

25

26

27

28

4

CERTIFICATE OF SERVICE

I, _____, declare:

That I am a citizen of the United States and employed in the County of

_____, California; that my business address is

_____; that I am

over the age of eighteen years; and that I am not a party to the above-entitled action;

That on _____ (date), I deposited in the United States mail, in

envelopes bearing the requisite postage, a copy of:

<strong>ANSWER OF GARNISHEE</strong>

addressed to each of the following, at their last known addresses, at which place

there is service by United States mail.

ROOSEVELT MILES
2813 Ford Court
Antioch, CA 94509

Michael Cosentino
Attorney at Law
P.O. Box 129
Alameda, CA 94501

This Certificate was executed on _____ (date),

at _____ (city), California.

I certify under penalty of perjury that the foregoing is true and correct.

_____

(sign above and type or print name
below)